479 A.2d 1150

Commonwealth v. Wilgus, Appellant.

Submitted April 2, 1984. Michael R. Muth, Public Defender, for appellant; John B. Dunn, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, JOHNSON and LIPEZ, JJ.

The December 29, 1982 judgment of sentence is affirmed.

479 A.2d 1150

Commonwealth ex rel. Deitrick, Appellant, v. Deitrick.

Submitted March 19, 1984. John A. Mihalik, for appellant; Robert Spielman, for appellee.

Before SPAETH, President Judge, and ROWLEY and BECK, JJ.

Order affirmed.